# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HERI KRUPA, INC.** | : | **CIVIL ACTION** |
| v. | : | |
| **TOWER GROUP COMPANIES, TOWER GROUP, INC. and PRESERVER INSURANCE COMPANY** | : | **NO. 12-4386** |

## ORDER

**NOW**, this 18th day of March, 2013, upon consideration of the Defendants' Motion for Summary Judgment (Doc. No. 11), the plaintiff's response, the defendant's reply, the plaintiff's sur-reply, and after oral argument, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that **JUDGMENT** is entered in favor of the defendants, Tower Group Companies, Tower Group, Inc. and Preserver Insurance Company, and against the plaintiff, Heri Krupa, Inc.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.